August Rubicco et al., Respondents, v. Fleetwood Baking Company, Inc., et al., Appellants.—

In our opinion, there was an assignment by the tenant to Metropolitan in substance, if not in form. Petitioners were entitled to maintain this proceeding as assignees of the fee owner. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.